JAMES JACKSON, Respondent, v. CHARLES JOHNSON, Appellant.

(Argued May 29, 1878; decided June 11, 1878.)

(MEM. of decision below, 11 Hun, 509.)

Disposed of on the facts.

*John E. Parsons* for appellant.

*Daniel P. Hays* for respondent.

ANDREWS, J., reads for reversal and new trial, unless plaintiff stipulates to reduce recovery in the sum of $847.13 and interest from March 3, 1868, in which event judgment as so modified affirmed, without costs to either party in this court.
All concur.
Judgment accordingly.

---

LOUIS HEIDENHEIMER, Appellant, v. DAVID MAYER, Respondent.

(Argued May 31, 1878; decided June 11, 1878.)

*Lewis Saunders* for appellant.

*A. R. Dyett* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.